IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOSHUA T. JACKSON, #2006110245**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 1:08-cv-154-HSO-JMR**

**SHERIFF DAVID ALLISON**  **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE